United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSALIND SMITH,

        Plaintiff,

    v.

CAPITAL ONE FINANCIAL
CORPORATION, et al.,

        Defendants.

Case No.: CV 11-03425 PJH (KAW)

ORDER DENYING TRANS UNION, LLC'S
REQUEST TO ATTEND SETTLEMENT
CONFERENCE BY TELEPHONE

      The Court has considered Defendant Trans Union, LLC's unopposed motion to appear

telephonically at the November 28, 2012 settlement conference (Dkt. No. 110). The request is

DENIED.

      IT IS SO ORDERED.

Dated: October 24, 2012.

_____
KANDIS A. WESTMORE
United States Magistrate Judge