UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIND SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Case No.: CV 11-03425 PJH (KAW)<br><br>ORDER DENYING MIDLAND CREDIT MANAGEMENT, INC.'S REQUEST TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE |

The Court has considered Defendant Midland Credit Management, Inc.'s unopposed motion to appear telephonically at the November 28, 2012 settlement conference (Dkt. No. 116). The request is DENIED.

    IT IS SO ORDERED.

Dated: November 20, 2012.

                                                                                       _____<br>
                                                                                      KANDIS A. WESTMORE<br>
                                                                                      United States Magistrate Judge