UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIND SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Case No.: CV 11-03425 PJH (KAW)<br><br>ORDER DENYING EXPERIAN INFORMATION SOLUTION INC.'S REQUEST TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE |

The Court has considered Defendant Experian Information Solutions, Inc.'s unopposed motion to appear telephonically at the November 28, 2012 settlement conference (Dkt. No. 118). The request is DENIED.

    IT IS SO ORDERED.

Dated: November 20, 2012.

_____
KANDIS A. WESTMORE
United States Magistrate Judge